AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 13 2016

OFFICE OF THE CLERK

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$9,132.00 in U.S. currency seized from Benjamin Foote on August 11, 2016 | Case No.  8:16MJ411 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____Nebraska____ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881___ *(describe the property)*:

$9,132.00 in U.S. currency seized from Benjamin Foote on August 11, 2016

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Applicant's signature

MARTIN J. CONBOY, IV, SAUSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/13/16

_____
Judge's signature

City and state: Omaha, Nebraska

Thomas D. Thalken, U.S. Magistrate Judge
*Printed name and title*

I, Jennifer Bogdanoff, being duly sworn, depose and state as follows:

I am a Sergeant with the Omaha Police Department in Omaha, Nebraska. I have been employed by the Omaha Police Department for over twenty years. I have been assigned as a Sergeant with the Metro Drug Task Force and as a Criminal Investigator with the Omaha Police Department. I currently primarily work on narcotics related investigations which include forfeiture cases. Over the course of my career I have investigated narcotics cases which include possession, sale, manufacture, transportation and illicit proceeds. During these investigations I have conducted custodial and non-custodial interviews of the person involved in said criminal activity.

On August 11, 2016, officers of the Omaha Police Department conducted a traffic stop on a 2006 Harley Davidson motorcycle bearing Nebraska license plate 6-1500 for traffic violations in the area of 54th and NW Radial Highway, Omaha, Nebraska. The driver of the motorcycle was identified as Benjamin Foote, DOB 2/1/1983. When asked for his driver's license, Foote advised officers that he did not have a valid driver's license because his driver's license had been suspended in Iowa. Foote produced an Iowa ID card which he had in a white plastic grocery sack. Officers observed that Foote had been carrying the grocery sack in his hand while driving the motorcycle. The officers completed a data check on Foote which confirmed that his driver's license was suspended in Iowa for non-payment of fines.

Prior to a search incident to arrest, the officers asked Foote if he had any marijuana in the grocery sack because they detected an odor of marijuana on his person. Foote advised that he had a bong and some methamphetamine in the bag. While searching the bag officers located approximately one ounce of methamphetamine, drug paraphernalia, a scale and $9,132.00 U.S. Currency. The denomination breakdown of the $9,132 U.S. Currency is 29-$100, 21-$50, 255-$20, 4-$10, 7-$5, and 7-$1.

During a post Miranda interview, Foote admitted to being involved in the distribution of methamphetamine. Foote advised officers that he had been selling one to two ounces of methamphetamine every few days for the past three months.

Foote was arrested for Possession with Intent to Deliver Methamphetamine.

Several factors indicate that that the money found in the grocery sack in Foote's possession was proceeds of illegal drug sales, and/or was intended to facilitate illegal drug sales. The quantity of drugs recovered as a result of this investigation was in excess of what a person would possess if the drugs were solely intended for personal use. The quantity and denominations of currency recovered is consistent with drug trafficking. Drug traffickers often times accumulate large sums of currency without depositing the money in a bank, or other financial institution. Drug traffickers are often fearful of arousing suspicion of illicit drug activity, or are fearful of leaving a paper trail which might alert authorities to their involvement in drug trafficking. Consequently, in many cases, drug traffickers will possess large quantities of money. Foote also made admissions to officers regarding his involvement in the sale of methamphetamine. Therefore, based on my training and experience, I believe there is probable cause to believe the $9,132.00 U.S. Currency seized in this case was proceeds of illegal drug sales and/or was intended to facilitate illegal drug sales.

Your affiant believes the above facts establish probable cause to believe the $9,132.00 U.S. Currency found during the search of Foote's grocery sack was possessed in violation of Title 21, United States Code, Section 881.

Dated this 13 day of December 2016.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]* +14.0

Jennifer Bogdanoff
Omaha Police Department

Subscribed and sworn to before me this __13__ day of December 2016.

_____
Thomas D. Thalken,
United States Magistrate Judge

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$9,132.00 in U.S. currency seized from Benjamin Foote on August 11, 2016 | Case No. 8:16MJ411 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Nebraska____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
$9,132.00 in U.S. currency seized from Benjamin Foote on August 11, 2016

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   **12/23/16**
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ____Thomas D. Thalken____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12/13/16 @ 2:30 pm          _____
                                                                                     *Judge's signature*

City and state:   Omaha, Nebraska          Thomas D. Thalken, U.S. Magistrate Judge
                                                                     *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:16MJ411 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*